IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

01 JUN 20 AM 9: 48

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| WILLIAM H. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 01-BU-0459-E |
| ) | |
| JUDGE JOEL J. LAIRD, DISTRICT ATTORNEY ) | |
| JOE HUBBARD, and ATTORNEY DEBRA H. ) | |
| JONES, ) | |
| ) | |
| Defendants. ) | |

ENTERED
JUN 20 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 29, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) as plaintiff seeks monetary relief from defendants who are immune from such relief. The plaintiff filed objections to the report and recommendation on June 4, 2001.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 19th day of June, 2001.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE